[Nos. 55742-4-I; 56740-3-I. Division One. August 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. BERT EDMOND RABER, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 03-1-09083-2, William L. Downing, J., entered February 7 and July 27, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55777-7-I. Division One. August 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GWYNDA ANN ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00852-7, George N. Bowden, J., entered February 16, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55967-2-I. Division One. August 7, 2006.]

OPTIMER INTERNATIONAL, INC., *Appellant*, v. BELLEVUE, L.L.C., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 02-2-10178-0, Terence Lukens and Theresa B. Doyle, JJ., entered November 19, 2003, and February 28, March 14, and April 7, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Coleman and Becker, JJ.

[No. 56249-5-I. Division One. August 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE C. ARRINGTON II, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-06525-7, Linda Lau, J., entered May 20, 2005. *Affirmed* by unpublished per curiam opinion.